IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTHONY CORDOVA,

                    Plaintiff,                    MEMORANDUM

       v.                                      07-cv-172-bbc

JANET WALSH, Psychologist DS 1, DS1 first
shift sergeant, DR. JENS, Psychiatrist and
DR. DANA DIEDRICH, Psychiatrist,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff has submitted a letter dated February 10, 2008, in which he says that he is not satisfied with the legal materials available to him at the Wisconsin Resource Center library and asks to be transferred back to Waupun Correctional Institution. I cannot consider plaintiff's request because he has failed to comply with the service requirements of Fed. R. Civ. P. 5. This is the second time in this case that I have had to remind plaintiff of his obligation to serve copies of his documents on opposing counsel. Therefore, plaintiff's

1

letter will be placed in the file but no action will be taken with respect to it.

Entered this 26th day of February, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2