IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY CORDOVA,

        Plaintiff,                                      ORDER

  v.

                                                      07-cv-172-bbc

JANET WALSH, Psychologist,
DR. JENS, Psychiatrist, and
DANA DIEDRICH, Psychiatrist,

        Defendants.

Before the court is plaintiff's motion to compel discovery. *See* dkt. 49. Defendants oppose the motion, arguing that the requested discovery is irrelevant to the issues remaining in "Lawsuit #1." Following briefing on this motion, the court re-set the schedule to account for the reconfiguration of plaintiff's complaint, and this probably rendered plaintiff's motion academic. For the sake of tying off loose ends in the case file, I am denying the motion. The requested evidence relates to incidents at WRC involving people other than the defendants, who interacted with plaintiff while he was at CCI. Plaintiff has not explained why this evidence would be relevant and I cannot independently discern any relevance to the instant lawsuit.

Therefore, it is ORDERED that plaintiff's motion to compel discovery is DENIED.

Entered this 3rd day of April, 2008.

                                                  BY THE COURT:

                                                  /s/

                                                  STEPHEN L. CROCKER
                                                  Magistrate Judge