# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| ANTHONY CORDOVA,<br><br>  Plaintiff,<br><br>v.<br><br>JANET WALSH, Psychologist DS 1, DS 1 first shift sergeant, DR. JENS, Psychiatrist and DR. DANA DIEDRICH, Psychiatrist,<br><br>  Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.: 07-cv-172-bbc |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ Melissa Hardin
_____         _____5/7/08_____
**by Deputy Clerk**                                                                    Date